UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROTHE DEVELOPMENT CORP.,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE, et al.,**<br><br>　　　　　　**Defendants.** | Civil Action 05ms00496 (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE DEBORAH ROBINSON

　　It is this 13th day of December, 2005, hereby,

　　**ORDERED** that plaintiff's Motion For Order Compelling The Urban Institute To Produce Requested Documents And Stand for a Deposition And For Sanctions, docketed December 5, 2005, is referred to United States Magistrate Judge Deborah Robinson for her determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Deborah Robinson, "DAR," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge