UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROTHE DEVELOPMENT CORP.,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF DEFENSE, et al.,

    Defendants.

Misc. No. 05-0496
HHK/DAR

**ORDER**

    This miscellaneous action was referred to the undersigned United States Magistrate Judge for determination of the Motion For Order Compelling The Urban Institute to Produce Requested Documents and Stand for a Deposition And for Sanctions filed in this district by the plaintiff in a civil action pending in the Western District of Texas. Upon consideration of the motion (Docket No. 1), Non-Party The Urban Institute's Opposition to Plaintiff's Motion to Compel and for Sanctions (Docket No. 3) and Plaintiff's reply (Docket No. 4), it is

    **ORDERED,** for the reasons offered by plaintiff, that plaintiff's motion to compel (Docket No. 1, Part 1) is **GRANTED**; and it is

    **FURTHER ORDERED** that the discovery for which this order provides shall be completed by no later than February 16, 2006; and it is

    **FURTHER ORDERED,** for the reasons offered by Non-Party The Urban Institute, that plaintiff's motion for the imposition of Rule 37 sanctions (Docket No. 1, Part 2) is **DENIED**.

February 2, 2006

                                                                      /s/
                                                    DEBORAH A. ROBINSON
                                                    United States Magistrate Judge